```
FILED
April 27, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  )   Plaintiff,  ) v.  )  ) NADEEM KHAN,  )  )   Defendant.  ) | CASE NUMBER: 2:12-mj-00050 KJN  ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nadeem Khan</u>; Case <u>2:12-mj-00050 KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $50,000.00; co-signed by defendant's father, Shohrab Khan

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  <u>4/27/2012</u>  at  2:10pm

By _____
Kendall J. Newman
United States Magistrate Judge